PATRICK H. HICKS, ESQ., Bar # 4632
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VALERIA MUNGUIA,

    Plaintiff,

vs.

WYNDHAM VACATIONS RESORTS, INC.; WYNDHAM VACATION OWNERSHIP, INC.; DOES 1-10; AND ROE CORPORATIONS, COMPANIES AND/OR PARTNERSHIPS 11-20,

    Defendant.

Case No. 2:14-cv-00660-JAD-NJK

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiff VALERIA MUNGUIA and Defendants WYNDHAM VACATION RESORTS, INC. AND WYNDHAM VACATION OWNERSHIP, INC., by and through their respective counsel of record, hereby stipulate and respectfully request that the Court order that the Complaint, Amended Complaint, and this entire matter, Case Number 2:14-cv-00660-JAD-NJK, be dismissed with

///

///

///

prejudice with each party to bear its own attorneys' fees and costs.

Dated: June 23, 2014

Respectfully submitted,

/s/ _____
CHRISTIAN GABROY, ESQ.
JEFFREY GRONICH, ESQ.
GABROY LAW OFFICES

Attorneys for Plaintiff

Dated: June 23, 2014

Respectfully submitted,

/s/ _____
PATRICK H. HICKS, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

# ORDER

Based on the parties' stipulation,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated: July 17, 2014.

_____
United States District Judge

Firmwide:127417421.1 041582.2068

2.